**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marquel Dushuan RILEY, a/k/a Mark Riley, Defendant–Appellant.**

No. 15–7281.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Marquel Dushuan Riley, Appellant Pro Se. Beth Drake, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquel Dushuan Riley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction under Amendment 782 to the Sentencing Guidelines. Riley also appeals the district court's order granting his motion for reconsideration of its order denying a sentence reduction, but again refusing a sentence reduction. We have reviewed the record and find no abuse of discretion in the district court's decision to deny Riley a sentence reduction. Accordingly, we affirm the district court's orders denying a sentence reduction under § 3582(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*